UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARMANDO VELASQUEZ PEREZ,

    Petitioner,

v.                                          Case No. 3:26-cv-395-WWB-MCR

KRISTI NOEM, et al.,

    Respondents.
_____

### ORDER

Petitioner initiated this action, through counsel, by filing a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (Doc. 1). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and *verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The Petition fails to include a verification. As such, Petitioner must supplement his Petition to comply with § 2242.

Petitioner, through counsel, has also filed an "Emergency Motion for Temporary Restraining Order and Motion to Stay Transfer Pending Resolution of Habeas Petition." (Doc. 2). In the Motion, Petitioner asks the Court, *inter alia*, to enter an order enjoining Respondents from transferring him outside the Middle District of Florida pending resolution of his Petition. (*Id.* at 4). Upon review, the Court finds that the Motion fails to comply with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida. Specifically, the Motion does not include a written certification by Petitioner's counsel regarding "any efforts made to give notice [to Respondents] and the reasons why it should not be required." Fed. R. Civ. P.

65(b)(1)(B). And the Motion does not include "a precise and verified explanation of the amount of the required security" or a proposed order. *See* M.D. Fla. R. 6.01(a)(4), (6); *see also* Fed. R. Civ. P. 65(c). As such, the Motion will be denied without prejudice. Should Petitioner choose to refile his request, he must ensure full compliance with the Rules and the Local Rules.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. **On or before March 25, 2026**, Petitioner shall supplement his Petition (Doc. 1) with a proper verification.

2. Petitioner's "Emergency Motion for Temporary Restraining Order and Motion to Stay Transfer Pending Resolution of Habeas Petition" (Doc. 2) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on February 26, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
c:   Counsel of record